UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN L. GRANT et al., <br><br> Plaintiffs, <br> v. <br><br> BROADMARK REALTY CAPITAL INC. et al., <br><br> Defendants. | CASE NO. 2:25-cv-01013-LK <br><br> ORDER GRANTING IN PART STIPULATED MOTION FOR RELIEF FROM WORD LIMITS, AND SETTING DEADLINES FOR FILING AMENDED COMPLAINT AND BRIEFING MOTION TO DISMISS |

This matter comes before the Court on the parties' Joint Stipulation Granting Relief from Word Limits, Setting Deadlines for Filing Amended Complaint, and Briefing Motion to Dismiss. Dkt. No. 32. The parties agree to, and seek Court approval for, the following deadlines for filing an amended complaint and briefing a motion to dismiss:

1. Lead Plaintiff shall file the Amended Complaint on or before November 25, 2025;

2. Defendants shall answer or otherwise respond to the Amended Complaint on or before January 12, 2026;

3. Lead Plaintiff shall file an opposition to any motion to dismiss the Amended Complaint on or before February 13, 2026; and

ORDER GRANTING IN PART STIPULATED MOTION FOR - 1

    4. Defendants shall file a reply in further support of their motion to dismiss on or before March 4, 2026.

*Id.* at 3. The parties further agree that if Defendants file a motion to dismiss, "they shall do so through a single, omnibus motion to dismiss that shall not exceed 15,000 words," and that "Lead Plaintiff shall respond to the motion to dismiss through a single, omnibus opposition brief not to exceed the greater of 8,400 words as provided by LCR 7(e)(3) or the total word count of Defendants' opening brief[.]" *Id.* They also agree that "Defendants shall file a single, omnibus reply brief not to exceed the greater of 4,200 words as provided by LCR 7(e)(3) or half of the total word count of Lead Plaintiff's opposition brief." *Id.*

  "Motions seeking approval to file an over-length motion or brief are disfavored[.]" LCR 7(f). Although the Court appreciates the parties' cooperation and attempt to streamline the briefing by filing a single motion to dismiss on behalf of all Defendants, the request to file a 15,000-word motion is excessive when there will be at least substantial—if not total—overlap among Defendants' arguments to dismiss.

  Accordingly, the Court GRANTS IN PART AND DENIES IN PART the stipulated motion. Dkt. No. 32. The Court approves the parties' requested deadlines to file and respond to an amended complaint and to brief an omnibus motion to dismiss. That motion to dismiss shall not exceed 12,600 words. Lead Plaintiff shall respond to the motion to dismiss through a single, omnibus opposition brief not to exceed the greater of 8,400 words or the total word count of Defendants' motion to dismiss. Defendants shall file a single, omnibus reply brief not to exceed the greater of 4,200 words or half of the total word count of Lead Plaintiff's opposition brief.

  Dated this 29th day of October, 2025.

                      *Lauren King*
                       Lauren King
                       United States District Judge

AND SETTING DEADLINES FOR FILING AMENDED COMPLAINT AND BRIEFING MOTION TO DISMISS - 2