THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

BRIAN L. GRANT, et al., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

BROADMARK REALTY CAPITAL INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:25-cv-01013-LK

CLASS ACTION

STIPULATED MOTION AND ORDER STAYING ACTION PENDING FINAL ADJUDICATION OF PARALLEL STATE COURT ACTION

STIPULATED MOTION AND ORDER STAYING ACTION PENDING FINAL ADJUDICATION OF PARALLEL STATE COURT ACTION (2:25-cv-01013-LK)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone: 206/623-1900 • Fax: 206/623-3384

Lead Plaintiff Brian L. Grant, on behalf of himself individually and as Trustee of the Brian L. Grant Living Trust and General Manager of MCN Holdings, LLC ("Lead Plaintiff") and Defendants,[1] by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 28, 2025, Plaintiff Dr. Brian L. Grant, on behalf of himself individually and as Trustee of the Brian L. Grant Living Trust and General Manager of MCN Holdings, LLC, filed the complaint in this putative class action ("Action") in the United States District Court for the Western District of Washington against the Defendants, arising out of the acquisition of Broadmark Realty Capital Inc. by Ready Capital Corporation (the "Merger");

WHEREAS, Dr. Grant followed the procedures under 15 U.S.C. § 77z-1(a)(3), and on October 15, 2025, the Court entered an order that appointed him "Lead Plaintiff," appointed Robbins Geller Rudman & Dowd LLP as Plaintiffs' lead counsel, and Keller Rohrback L.L.P. as Plaintiffs' liaison counsel;

WHEREAS, October 29, 2025, the Court entered an order that provided dates for the filing of an Amended Complaint and a briefing schedule concerning Defendants' response to the Amended Complaint, and on November 25, 2025, Lead Plaintiff filed an Amended Complaint (the "Complaint") that alleges violations of §§11, 12, and 15 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. §77a, et seq., §14(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78n(a), and §20(a) of the Exchange Act, 15 U.S.C. §78t(a);

WHEREAS, a consolidated action, captioned *In re Ready Capital Corporation Securities Litigation*, Consolidated No. 25-2-14038-5 SEA (the "State Case"), is pending in the Superior Court of Washington, King County, involving substantially similar parties, asserting substantially

---

[1] Defendants are Broadmark Realty Capital Inc., Ready Capital Corporation, Jeffrey B. Pyatt, Jonathan R. Hermes, Kevin M. Luebbers, Daniel J. Hirsch, Pinkie D. Mayfield, Stephen G. Haggerty, David A. Karp, Norma J. Lawrence, Thomas E. Capasse, Andrew Ahlborn, Jack J. Ross, Frank P. Filipps, Meredith Marshall, Dominique Mielle, Gilbert E. Nathan, Andrea Petro, J. Mitchell Reese, Todd M. Sinai, and Waterfall Asset Management.

STIPULATED MOTION AND ORDER STAYING ACTION PENDING FINAL ADJUDICATION OF PARALLEL STATE COURT ACTION (2:25-cv-01013-LK)

- 1 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone: 206/623-1900 • Fax: 206/623-3384

similar claims arising out of the same transaction, and alleging a substantially similar putative class of investors as this Action;

WHEREAS, Defendants filed motions to transfer and dismiss this Action and motions to dismiss and stay the State Case, asserting in the motion to stay the State Case that this Action and the State Case are substantially similar, that one forum should address overlapping claims, and that proceeding in parallel in both state and federal court risked inconsistent rulings and imposed unnecessary burdens for the parties and the Courts;

WHEREAS, a stay of discovery pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") has been in effect in this Action while Defendants' motion to dismiss remains pending and the parties are currently negotiating a protective order in the State Case that governs the use of discovery obtained in the State Case and respects the PSLRA discovery stay;

WHEREAS, in the State Case on February 19, 2026, the Honorable Josephine Wiggs entered an order denying Defendants' motion to dismiss and motion to stay the State Case, and on March 31, 2026, the Honorable Jason C. Poydras entered an order that provided for, among other things, the filing of a motion for class certification on May 1, 2026, a hearing on the motion for class certification on or after September 2, 2026, and a deadline by which counsel for the parties in the State Case and this Action must meet and confer regarding coordination of discovery;

WHEREAS, on numerous occasions since mid-December 2025, by counsel, Defendants and Plaintiffs in the State Case as well as Lead Plaintiff in this action have conferred regarding coordination of this Action and the State Case;

WHEREAS, in light of the progression of Class Certification proceedings in the State Case, among other reasons, Lead Plaintiff directed Lead Plaintiff's counsel to coordinate this Action with the State Case, subject to order of the Court;

WHEREAS, Lead Plaintiff and plaintiffs in the State Case, by counsel, have reached agreement to coordinate and jointly prosecute claims on behalf of a class of investors who exchanged their shares in the Merger, subject to order of the Court; and

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING FINAL ADJUDICATION OF
PARALLEL STATE COURT ACTION (2:25-cv-
01013-LK)                                  - 2 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Telephone: 206/623-1900 • Fax: 206/623-3384

WHEREAS, in furtherance of efficiently prosecuting these cases in coordination, Lead Plaintiff intends to seek appointment as Co-Class Representative and his counsel as Co-Class Counsel in the State Case.

NOW THEREFORE, to promote judicial and litigant efficiency and avoid duplication of claims and conflicting rulings, pursuant to Local Civil Rules 7(d)(1) and 10(g) and without waiving any of their rights, arguments, claims, or defenses, except as affirmatively set forth herein, Lead Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. This Action shall be stayed pending final adjudication in the State Case, including the exhaustion of all appeals thereto, as applicable.

2. All hearings and deadlines scheduled in this Action shall be taken off calendar.

3. Defendants shall maintain the right to mount any challenges to the Complaint at such time when the stay is lifted and have not waived any grounds to challenge the Complaint; and

4. In light of the PSLRA discovery stay in this Action, no discovery obtained, produced, or taken in the State Case (whether from Defendants or any other party or non-party to the State Case) may be used in this Action or for any purpose except as provided in the pending protective order in the State Case, including, without limitation, to support any amendment of the Complaint or to file or initiate any new complaint or lawsuit, absent Defendants' prior agreement or order of the Court or absent Plaintiffs' prior agreement (in the case of discovery taken from Plaintiffs).

SO STIPULATED AND AGREED this 1st day of June, 2026.

DATED: JUNE 1, 2026

KELLER ROHRBACK L.L.P.
JULI E. FARRIS (WSBA # 17593)

*/s/ Juli E. Farris*
JULI E. FARRIS

1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone:  206/623-1900
jfarris@kellerrohrback.com

KELLER ROHRBACK L.L.P.
KEIL M. MUELLER (*pro hac vice* forthcoming)
601 SW Second Avenue, Suite 1900
Portland, OR  97204
Telephone:  971/253-4600
kmueller@kellerrohrback.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN
   & DOWD LLP
JAMES I. JACONETTE (admitted *pro hac vice*)
DAVID A. KNOTTS (admitted *pro hac vice*)
BRIAN E. COCHRAN (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
jamesj@rgrdlaw.com
dknotts@rgrdlaw.com
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

DATED:  JUNE 1, 2026            HILLIS CLARK MARTIN & PETERSON P.S.
                               MICHAEL J. EWART, WSBA #38655
                               ALEXANDER M. WU, WSBA #40649


                                    */s/ Michael J. Ewart*
                                   MICHAEL J. EWART

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING FINAL ADJUDICATION OF
PARALLEL STATE COURT ACTION (2:25-cv-
01013-LK)                    - 4 -

999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone:  206/623-1745
jake.ewart@hcmp.com
alex.wu@hcmp.com

ALSTON & BIRD LLP
ANDY SUMNER (*pro hac vice*)
CARA PETERMAN (*pro hac vice*)
LEX MAYO (*pro hac vice*)
CARISSA LAVIN (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  404/881-7000
andy.sumner@alston.com
cara.peterman@alston.com
lex.mayo@alston.com
carissa.lavin@alston.com

ALSTON & BIRD LLP
Charles Cox (*pro hac vice*)
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone:  213/576-1000
charles.cox@alston.com

*Attorneys for Defendants Broadmark Realty Capital Inc., Ready Capital Corporation, Jonathan R. Hermes, Kevin M. Luebbers, Daniel J. Hirsch, Pinkie D. Mayfield, Stephen G. Haggerty, Todd M. Sinai, David A. Karp, Norma J. Lawrence, Thomas E. Capasse, Andrew Ahlborn, Jack J. Ross, Frank P. Filipps, Meredith Marshall, Dominique Mielle, Gilbert E. Nathan, Andrea Petro, J. Mitchell Reese, Todd M. Sinai, Jeffrey B. Pyatt, Waterfall Asset Management, LLC*

\*       \*       \*

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING FINAL ADJUDICATION OF
PARALLEL STATE COURT ACTION (2:25-cv-
01013-LK)

- 5 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone: 206/623-1900 • Fax: 206/623-3384

# O R D E R

IT IS SO ORDERED.

In light of the stay, the Clerk is directed to remove the pending motions from the Court's motions calendar. Dkt. Nos. 41, 44.

DATED: June 3, 2026

THE HONORABLE LAUREN KING
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING FINAL ADJUDICATION OF
PARALLEL STATE COURT ACTION (2:25-cv-
01013-LK)

- 6 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone: 206/623-1900 • Fax: 206/623-3384